STATE v. RAY BRYANT.

(Filed 19 September 1962.)

APPEAL by defendant from *Fountain, Special Judge,* March Term 1962 of CRAVEN.

This is a criminal action tried upon a bill of indictment charging the defendant with an assault with a deadly weapon with felonious intent to kill and murder Grover Lancaster, Jr., inflicting serious injuries not resulting in death.

The jury returned a verdict of guilty of assault with a deadly weapon. Judgment was pronounced on the verdict and the defendant appeals, assigning error.

*Attorney General Bruton, Asst. Attorney General Moody for the State.*

*Reginald L. Frazier, Samuel S. Mitchell for the defendant.*

PER CURIAM. The evidence adduced by the State in the trial below was sufficient to carry the case to the jury, and the appellant has not shown error sufficiently prejudicial to justify upsetting the verdict of the twelve.

No error.